JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS GARCIA,<br>            Plaintiff,<br><br>        v.<br><br>SAUL GAMBOA,<br>            Defendant. | ) Case No. CV 26-3332 FMO (AYPx)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of June, 2026.

                                        /s/
                                Fernando M. Olguin
                                United States District Judge